UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No.  CV 26-712-MWF(SKx)**                    **Date:  March 17, 2026**

**Title:  *Pat Suarez v. Young S. Kim, et al.***

Present:  The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

|  |  |
|---|---|
| Deputy Clerk: | Court Reporter: |
| Rita Sanchez | Not Reported |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| None Present | None Present |

**Proceedings (In Chambers):**  ORDER TO SHOW CAUSE

On January 23, 2026, Plaintiff Pat Suarez commenced this action against Defendant Young S. Kim.  (Complaint (Docket No. 1)).

On February 6, 2026, the Court filed a Notice to Parties: ADA Disability Access Litigation.  (ADA Notice (Docket No. 9)).  Pursuant to the ADA Notice, Plaintiff was directed to serve the three documents (the ADA Packet) on Defendants at the same time the summons and complaint were served, if possible.  (*Id.* at ¶ 2).

On March 16, 2026, Plaintiff filed a Proof of Service reflecting substituted service of the Summons, Complaint, and other case initiating documents on Defendant Young S. Kim.  (Docket No. 14).  The Proof of Service reflects that Defendant Kim was served on March 11, 2026, more than a month after the Court filed the ADA Notice.  The Proof of Service does not include service of the ADA Packet as required by the ADA Notice.

The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for failure to comply with the Court's orders.  In response to this Order to Show Cause, the Court will accept Proof of Service of the ADA Packet on Defendant Young S. Kim no later than **MARCH 24, 2026.**

Plaintiff should not pursue or file applications for the Clerk to enter default absent proper proof of service of the ADA Packet.

_____

**CIVIL MINUTES—GENERAL**                                                          1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No.** **CV 26-712-MWF(SKx)**　　　　　　　　**Date:　March 17, 2026**

Title:　　***Pat Suarez v. Young S. Kim, et al.***

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause by **March 24, 2026,** will result in the dismissal of this action.

IT IS SO ORDERED.